UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Craig T. Seifert and Traci R. Bradley,

    Plaintiffs,

v.

                                                                                       Case No. 18-cv-3273 (JNE/BRT)
                                                                                       ORDER

Hanbery & Turner, P.A.,

    Defendant.

      Plaintiffs Craig Seifert and Traci Bradley alleged that Defendant Hanbery & Turner, P.A., violated the Fair Debt Collection Practices Act. Defendant moved for judgment on the pleadings. In a brief response, Plaintiffs stated that they "do not oppose Defendant's Motion in part due to a change in the law, specifically *Obduskey v. McCarthy & Holthus LLP*, 139 S. Ct. 1029 (2019)"; that they unsuccessfully sought a stipulation of dismissal; and that they "request that the Court simply dismiss their case with prejudice" under Fed. R. Civ. P. 41(a)(2). In its reply, Defendant asserted that Plaintiffs' request under Rule 41(a)(2) should be denied and that its motion should be granted. The Court grants Defendant's motion. Therefore, IT IS ORDERED THAT:

    1.    Defendant's motion for judgment on the pleadings [Docket No. 15] is GRANTED.

    2.    This action is DISMISSED WITH PREJUDICE.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 12, 2019

                                                                                s/ Joan N. Ericksen
                                                                                JOAN N. ERICKSEN
                                                                                United States District Judge